■ In the Matter of THOMAS L. BAKER.—Motion to dismiss appeal granted unless appellant's records and briefs are filed and served on or before June 20, 1989. Memorandum: The mistake in the notice of appeal specifying the "Third Department" rather than the "Fourth Department" is disregarded as immaterial since it affected no substantial right of respondent *(see, People v Schoff,* 266 App Div 158). Present—Callahan, J. P., Doerr, Boomer, Balio and Lawton, JJ.

■ PETER J. REYNOLDS et al., Respondents, v COUNTY OF ONONDAGA, Appellant.—Motion granted and appeal dismissed. *(See, Carmichael v General Elec. Co.,* 102 AD2d 838, 839 ["The general rule is that a party who accepts the benefits of an order waives the right to appeal from that order"].) Present—Callahan, J. P., Doerr, Boomer, Balio and Lawton, JJ.

■ RAINBOW SQUARE, LTD., Respondent, v BLUE SKIES et al., Appellants.—Motion to vacate dismissal of appeal denied with leave to renew within 30 days upon the submission of facts showing merit to the appeal (22 NYCRR 1000.3 [b] [2]). Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.

■ KENNETH NOWLIN, Appellant, v STATE OF NEW YORK, Respondent.—Motion for poor person relief denied on the ground that appellant has failed to submit facts showing merit to the appeal. Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.